JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LYNN <br>     BRUMBAUGH-SANDOVAL <br><br>     Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Comm'r of Social Security, <br><br>     Defendant, | Case No. 1:15-cv-00585-EPG <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL LETTER BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time to January 19, 2016, for Plaintiff to submit her Confidential Letter Brief to

Defendant, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for

an extension, which is requested because Plaintiff's counsel is experiencing a backload in her

workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  January 13, 2016

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  January 13, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/\*Armand D. Roth*
ARMAND D. ROTH
Special Assistant United States Attorney
\*By email authorization

Attorney for Defendant

///

///

///

///

///

///

///

///

**Brumbaugh-Sandoval v. Colvin**                                    **Stipulation and Order**
**E.D. Cal. 1:15-cv-00585-EPG**

ORDER

The Court adopts the above stipulation filed on January 13, 2016. (Doc. 11). Plaintiff's confidential letter brief is due on **January 19, 2016**. Based on the new dates, if this case does not resolve, Plaintiff's Opening brief shall be filed no later than **March 24, 2016.** All other dates in the scheduling order are modified according. (Doc. 5).


IT IS SO ORDERED.

Dated:    **January 15, 2016**                    /s/ _Erica P. Grosy_
                                                    UNITED STATES MAGISTRATE JUDGE