JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LYNN BRUMBAUGH-SANDOVAL,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant | Case No. 1:15-cv-00585-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 days to April 25, 2016, for Plaintiff to file the Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension, which is requested because of Plaintiff's counsel's recent illness and backlog in her workload.

**Brumbaugh-Sandoval v. Colvin**         **Stipulation and Order**         **E.D. Cal. 1:15-cv-00585-EPG**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  April 10, 2016						JACQUELINE A. FORSLUND
								Attorney at Law


								*/s/Jacqueline A. Forslund*
								JACQUELINE A. FORSLUND

								Attorney for Plaintiff


Date:  April 11, 2016						BENJAMIN B. WAGNER
								United States Attorney
								DEBORAH STACHEL
								Acting Regional Chief Counsel, Region IX
								Social Security Administration

								*/s/\*Armand Roth*
								ARMAND ROTH
								Special Assistant United States Attorney
								\*By email authorization

								Attorney for Defendant

**Brumbaugh-Sandoval v. Colvin**		**Stipulation and Order**		**E.D. Cal. 1:15-cv-00585-EPG**

ORDER

Based on the above stipulation, the court grants Plaintiff an extension of time to file her opening brief. Plaintiff shall file her opening brief no later than April 25, 2016. Defendant shall file her opposition brief no later than May 25, 2016. Plaintiff may file her reply brief no later than June 9, 2016.

IT IS SO ORDERED.

Dated:  **April 12, 2016**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

**Brumbaugh-Sandoval v. Colvin**         **Stipulation and Order**         **E.D. Cal. 1:15-cv-00585-EPG**