PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, 8th Floor
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Michelle Brumbaugh Sandoval, | ) Civil No. 15-cv-00585-EPG |
| Plaintiff | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **EXTENDING TIME FOR** |
| | ) **DEFENDANT TO FILE BRIEF** |
| Carolyn Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant | ) |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 14-day extension of time, up to June 8, 2016, to file his brief. This extension is requested because Defendant's counsel has a very heavy workload including pending discovery in employment cases.

                                                Respectfully submitted,

/s/ Jacqueline Anna Forslund *
JACQUELINE ANNA FORSLUND
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: May 25, 2016  By /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

### Order

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than June 8, 2016. Plaintiff may file her reply brief no later than June 23, 2016.

IT IS SO ORDERED.

Dated: **May 26, 2016**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2